IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs | ) | Case No. 1:11CR00052 |
| Jamal Najeeb Al-Saleh | ) | |
| | ) | |

## ORDER RELEASING PASSPORT

The above named is on Probation. It is ordered that the Clerk's Office release Al-Saleh's passport to him so that he can renew his driver's license.

Dated this _13_ day of February, 2012

_____
United States Magistrate Judge